## CATES v. STATE.
No. 17852.

Court of Criminal Appeals of Texas.
Dec. 18, 1935.

Rehearing Denied Jan. 29, 1936.

Eddie Roark, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for theft of property over the value of $5 and under the value of $50, punishment assessed being 730 days' confinement in the county jail.

The record contains neither statement of facts nor bills of exception. In such condition, nothing is presented for review.

The judgment is affirmed.

## PUNCH v. STATE.
No. 17829.

Court of Criminal Appeals of Texas.
Dec. 18, 1935.

Rehearing Denied Jan. 29, 1936.

E. E. Fuller, of Houston, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for assault with intent to murder; punishment assessed at two years in the penitentiary.

The indictment properly charges the offense. The record is before us without statement of facts or bills of exception. In such condition, nothing is presented for review.

The judgment is affirmed.